OPINION — AG — ** TAXATION — SALES TAX CODE — SEPARATE CHARGE FOR HAULING OR DRAYING ** WHEN A VENDOR SELLS SAND TO A CUSTOMER AND HAS A PER TON CHARGE FOR THE SAND SOLD, AND IN ADDITION THERETO, HAS A SEPARATE CHARGE FOR HAULING OR DRAYAGE TO A PARTICULAR LOCATION, THE HAULING IS NOT A " SALE " UNDER THE PROVISIONS OF 68 O.S. 1971 1302 [68-1302], AND THEREFORE NOT TAXABLE UNDER THE OKLAHOMA SALES TAX CODE. CITE: 68 O.S. 1971 1302 [68-1302] (NATHAN J. GIGGER) ** MOTOR CARRIERS **